**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Louise McCleary, et al., | No. CV-24-08056-PCT-DWL |
| Plaintiffs, | No. CV-24-08092-PCT-DWL |
| v. | **ORDER** |
| Narinder B Singh, et al., | |
| Defendants. | |

On November 6, 2024, the Court consolidated Case No. 3:24-cv-08056 and Case No. 3:24-cv-08092. (Doc. 61.)

On August 5, 2025, the parties filed a stipulation indicating that "the claims of Plaintiff Midwest Family Mutual Insurance Company against Defendants Narinder Singh and Parminder Singh may be dismissed with prejudice, each party to bear their own costs and attorneys' fees." (Doc. 120.)

This stipulation resolves all of the claims in Case No. 3:24-cv-08092. For purposes of administrative convenience, the Court will deconsolidate the actions. *See, e.g.*, *McDougal v. U.S. Forest Serv.*, 2001 WL 34050112, *1 (D. Or. 2001) (noting that cases were "unconsolidated" after one of the consolidated cases settled).

Accordingly,

**IT IS ORDERED** that Case No. 3:24-cv-08056 and Case No. 3:24-cv-08092 are no longer consolidated.

**IT IS FURTHER ORDERED** that the parties' stipulation (Doc. 120) is granted.

1  Case No. 3:24-cv-08092 is dismissed with prejudice, each party to bear their own costs and
2  attorneys' fees.
3      Dated this 8th day of August, 2025.

Dominic W. Lanza
United States District Judge